IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ONBE, INC. *AS SUCCESSOR IN INTEREST TO WIRECARD NORTH AMERICA, INC.* | : | CIVIL ACTION |
| v. | : | |
| GLOBAL COIN LOGISTICS, LLC, et al. | : | NO. 26-8449 |

ORDER

AND NOW, this 12th day of November 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiff for leave to file portions of the complaint and Exhibit A under seal (Doc. #2) is DENIED; and

(2) the Clerk shall forthwith unseal the unredacted complaint and Exhibit A.

BY THE COURT:

/s/ Harvey Bartle III
J.